UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT D. GIBSON, E09929,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW ATCHLEY, et al.,<br><br>　　　　Defendant(s). | Case No. 20-cv-09137-CRB  (PR)<br><br>**ORDER OF DISMISSAL** |

　　On March 16, 2021, the court denied plaintiff's application to proceed <u>in forma pauperis</u> (IFP) under 28 U.S.C. § 1915 and afforded him 28 days to pay the requisite $402.00 filing fee. The court warned plaintiff that "[f]ailure to pay the requisite $402.00 filing fee within the designated time will result in the dismissal of this action without prejudice to bringing it in a new paid complaint." Mar. 16, 2021 Order (ECF No. 5) at 2.

　　More than 28 days have elapsed; however, plaintiff has not paid the requisite filing, sought an extension of time to do so, or otherwise communicated with the court. This action accordingly is DISMISSED without prejudice to bringing in a new paid complaint.

　　**IT IS SO ORDERED**.

Dated: April 15, 2021

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　United States District Judge